**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Adam C. Cytron, | No. CV-16-02441-PHX-DGC |
| Plaintiff, | **ORDER** |
| v. | |
| PHH Mortgage Corporation, USAA Federal Savings Bank, Jason P Sherman, Kari Sheehan, and Daniel C Schmidt, | |
| Defendants. | |

Plaintiff Adam C. Cytron has filed an ex parte motion asking the Court to relieve him of a forcible entry and detained judgment entered in Pinal County Superior Court. Doc. 45.  Plaintiff argues that he was not properly served in the state action, and that the state court therefore lacked authority to enter judgment against him.  He also makes other allegations regarding the manner in which the plaintiff's attorney and the judge behaved in the state case.  *Id.*  For several reasons, the motion will be denied.

First, Plaintiff states that Pinal County Superior Court "is the Defendant" for purposes of his motion, but that court is not a defendant in this case.  Other than Plaintiff, the parties in the state court action are not parties here, and the Court has no jurisdiction over them.

Second, the motion is based on Rule 60 of the Federal Rules of Civil Procedure. *Id.* at 1.  Rule 60, however, concerns judgments entered in this Court, not in other courts.

Third, even if the Court did have jurisdiction over the party Plaintiff seeks to enjoin, and did have a legal basis for acting, federal courts normally cannot interfere with state court proceedings.   *See Lizalek v. Milwaukee Cty.*, No. 12-C-1005, 2012 WL 4759230, at *1 (E.D. Wis. Oct. 4, 2012) (Anti-injunction Act bars federal court from stopping state court eviction proceeding).

**IT IS ORDERED** that Plaintiffs' ex parte motion (Doc. 45) is **denied**.

Dated this 5th day of January, 2017.

David G. Campbell
United States District Judge