**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Adam C. Cytron, | No. CV-16-02441-PHX-DGC |
| Plaintiff, | **ORDER** |
| v. | |
| PHH Mortgage Corporation, USAA Federal Savings Bank, Jason P Sherman, Kari Sheehan, and Daniel C Schmidt, | |
| Defendants. | |

The Court entered an order on January 30, 2017, dismissing this action. Doc. 52. The dismissal was based on Plaintiff's repeated failures to file an amended complaint as directed by the Court and his abusive actions toward the Court's staff. *Id.* Plaintiff has now filed a motion for an emergency hearing that also mentions Rule 60(b)(3), a rule that governs motions for relief from an order or judgment based on fraud, misrepresentation, or misconduct by an opposing party. Plaintiff attaches a 40-page collection of documents to the motion that include references to misconduct by opposing counsel, portions of an apparent response to a Rule 12(b)(6) motion, portions or other briefs or complaints, copies of a deed of trust, and other unrelated documents.

This case has been dismissed and the file is closed. Plaintiff provides no basis for an emergency hearing and no basis for finding that the prior dismissal should be set aside under Rule 60(b)(3).

1    The Court also notes that Plaintiff has continued to call the Court's staff, including
2 calls today in which he demanded to speak with the undersigned judge and stated that he
3 was on his way to the courthouse with a group of people and demanded an emergency
4 hearing.  Plaintiff is directed to stop calling the Court's staff.

5    **IT IS ORDERED** that Plaintiff's motion (Doc. 53) is **denied**.

6    Dated this 24th day of March, 2017.

_____
David G. Campbell
United States District Judge