**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Adam C. Cytron,<br><br>    Plaintiff,<br><br>v.<br><br>PHH Mortgage Corporation, USAA Federal Savings Bank, Jason P Sherman, Kari Sheehan, and Daniel C Schmidt,<br><br>    Defendants. | No. CV-16-02441-PHX-DGC<br><br>**ORDER** |

    Plaintiff Adam Cytron continues to file motions and emergency motions in this case. The case has been dismissed. Doc. 52. The Court has reminded Mr. Cytron that the case has been dismissed. Doc. 54. The motions recently filed by Mr. Cytron (Docs. 55, 56, and 57) are denied, and Mr. Cytron is instructed not to file any further motions in this matter.

    Dated this 11th day of April, 2017.

                                            */s/ David G. Campbell*
                                              David G. Campbell
                                             United States District Judge